UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MCZEAL, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF TUSTIN, et al., <br><br> Defendants. | Case No. 8:24-cv-00088-RGK-PD <br><br> **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the motions to dismiss the First Amended Complaint filed by Defendants Woodruff & Smart, APC, Jason M. McEwen, and Nicolas A. Hutchens (collectively, the "Woodruff Defendants") and Defendants City of Tustin and Brad Steen (collectively, the "City of Tustin Defendants"), the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections to the Report, and the Woodruff Defendants and the City of Tustin Defendants' response to Plaintiff's Objections. [Dkt. Nos. 18, 21, 22, 25, 26, 27, 40, 47, 48, 50, 51.]

   The Court has conducted a *de novo* review of the portions of the Report to which Objections were directed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

   IT IS THEREFORE ORDERED as follows:

1. The Woodruff Defendants' motion to dismiss the First Amended Complaint is granted without leave to amend and Defendants Woodruff & Smart, APC, Jason M. McEwen, and Nicolas A. Hutchens are dismissed from this action with prejudice; and

2. The City of Tustin Defendants' motion to dismiss the First Amended Complaint is granted without leave to amend and Defendants City of Tustin and Brad Steen are dismissed from this action with prejudice.

DATED: January 28, 2025

*Gary Klausner*
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE